No. A-864. HILLS, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. *v.* COOPERATIVE SERVICES, INC., ET AL. D. C. D. C. Motion to vacate or amend stay order heretofore entered by THE CHIEF JUSTICE denied.

No. A-925. RICHTER ET AL. *v.* REECE, DIRECTOR, DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL OF CALIFORNIA, ET AL. Sup. Ct. Cal. Application for stay, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. A-981 (75-6788). HOWELL *v.* MISSISSIPPI STATE PROBATION AND PAROLE BOARD; and BROOKS *v.* MISSISSIPPI STATE PROBATION AND PAROLE BOARD. Application for stay of mandate of Supreme Court of Mississippi, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.